IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTOINE CLARK, *et al.*,<br><br>        *Defendants.* | CRIMINAL ACTION<br>NO. 19-00015-1, 2, 4 |

### ORDER

**AND NOW**, this 3rd day of September 2020, upon consideration of the pending post-trial motions (ECF Nos. 320, 412, 413, 414, 424, 425, 429), the government's responses (ECF Nos. 426, 432, 439) and Daniel Robinson's reply (ECF No. 433), it is **ORDERED** that:

(1) The Defendants' First Motion for Acquittal (ECF No. 320) is **DENIED**;

(2) Daniel Robinson's Motion for Acquittal (ECF No. 412) is **DENIED**;

(3) Daniel Robinson's Motion for New Trial (ECF No. 413) is **DENIED**;

(4) Gerald Spruell's and Antoine Clark's Motions for Joinder (ECF Nos. 414, 425) are **DENIED as moot** given the denial of ECF No. 413;

(5) Gerald Spruell's First Motion for Acquittal (ECF No. 424) is **DENIED** as untimely; and

(6) Gerald Spruell's *Pro Se* Motion for Acquittal (ECF No. 429) is **DENIED** as untimely.

                                            BY THE COURT:

                                            */s/ Gerald J. Pappert*
                                            GERALD J. PAPPERT, J.