**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION<br>NO. 19-15-1, 2, 4 |
| ANTOINE CLARK, et al | |

**ORDER**

**AND NOW**, this 13th day of August 2025, upon consideration of Daniel Robinson's Petition under 28 U.S.C. § 2255 (ECF No. 623), the Government's Response (ECF No. 639), and Robinson's Reply (ECF No. 648); Daniel Robinson's Motion for Leave to Amend his Petition (ECF No. 662), and the Government's Response (ECF No. 664); Antoine Clark's Petition under 28 U.S.C. § 2255 (ECF No. 624), the Government's Response (ECF No. 637), and Clark's Reply (ECF No. 661); and Gerald Spruell's Petition under 28 U.S.C. § 2255 (ECF No. 625), the Government's Response (ECF No. 640), and Spruell's Reply (ECF No. 646), it is **ORDERED** that the Motions are **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.